**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

VERONIKA KOLLAR,

    Plaintiff,

v.                                                    Case No:  2:10-cv-505-FtM-38UAM

THAD M. RHODES,

    Defendant.
_____/

**ORDER**

    This matter comes before the Court upon review of the Order and Mandate of the Eleventh Circuit Court of Appeals. (Docs. # 63 & 64) issued respectively on January 17 and 21, 2012.  On January 1, 2012, United States District Court Judge, Paul Magnuson, entered an Order (Doc. # 51) denying the Defendant, Thad M. Rhodes' Motion for Summary Judgment pursuant to qualified immunity.  Defendant Rhodes appealed the Court's decision to the Eleventh Circuit Court of Appeals.  The Eleventh Circuit on appeal reversed the District Court's decision denying Rhodes summary judgment.  The Eleventh Circuit held "[w]e REVERSE the district court's order denying Officer Rhodes'[] motion for summary judgment based upon qualified immunity and direct entry of judgment in favor of the Defendant Thad M. Rhodes on the § 1983 claim." (Doc. # 63, p. 17).  The case was thereby remanded back to this Court to dismiss the Plaintiff's claims based upon qualified immunity. Therefore, in accord with the Eleventh Circuit's Order, the case is due to be reopened and the case against Defendant Rhodes dismissed.

    Accordingly, it is now

    **ORDERED:**

(1) The Clerk of the Court is hereby directed to **REOPEN** the case.

(2) The Stay of the proceedings entered on March 1, 2012, (Doc. # 58) is **LIFTED**.

(3) The Court's Memorandum and Order (Doc. # 51) denying the Defendant Rhodes' Motion for Summary Judgment issued by the Honorable Paul Magnuson on January 24, 2012, is hereby **VACATED**.

(4) Pursuant to the Eleventh Circuit Court of Appeals Order and Mandate (Docs. # 63 & 64) the Plaintiff, Vernonika Kollar's Complaint pursuant to § 1983 is hereby **DISMISSED**.

(5) The Clerk of the Court is hereby directed to **CLOSE** the case and enter Judgment in favor of the Defendant Thad M. Rhodes.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of June, 2013.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record